UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05 CR 467 CAS |
| | ) | DDN |
| MELANIE RAMEY, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This action is before the court upon the pretrial motions of the parties which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for October 28, 2005.

On October 28, 2005, defendant appeared in open court, with counsel, and advised the undersigned that she had decided not to raise any issues by way of pretrial motions. She thereupon waived her rights to file pretrial motions and to have a pretrial hearing.

Upon this record,

**IT IS HEREBY ORDERED** that the motion of defendant Melanie Ramey to suppress evidence (Doc. 20) be denied as moot.

The parties are advised they have ten (10) days to file written objections to this Report and Recommendation. The failure to file objections may result in a waiver of the right to appeal issues of fact.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on October 28, 2005.