**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:05-CR-467 CAS |
| v. ) | |
| ) | |
| MELANIE RAMEY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge David D. Noce. On October 28, 2005, Judge Noce filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motions to Suppress Evidence be denied as moot.

Accordingly, after careful review,

**IT IS FURTHER ORDERED** that the Order/Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 23]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence is **DENIED as moot**. [Doc. 20]

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this 31st day of October, 2005.